FILED
2013 Sep-19 AM 09:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER CAMPBELL,**   ) | |
|   ) | |
|   **PLAINTIFF,**   ) | |
|   ) | |
| **v.**   ) | Case No: 2:13-cv-00883-MHH |
|   ) | |
| **MONTGOMERY LYNCH AND**   ) | |
| **ASSOCIATES, INC.,**   ) | |
|   ) | |
|   **DEFENDANT.**   ) | |
|   ) | |

## NOTICE OF SETTLEMENT

COMES NOW the Defendant, Montgomery Lynch and Associates, Inc., and hereby provides notice to this Honorable Court that this dispute has been settled, and in support of this motion shows as follows:

1. By and through separate negotiations with counsel for the Plaintiff, Scott Allums, the parties have resolved their disputes through a separate Confidential Settlement Agreement.

2. Though the Plaintiff is in bankruptcy, the trustee in bankruptcy has abandoned this claim as an asset and therefore bankruptcy court approval of the settlement is not required.

3. To avoid needless filings, and to avoid consuming the Court's resources, the Defendant respectfully requests this Honorable Court to suspend any deadline to answer, to suspend the typical Rule 26 requirements, and to allow the parties three weeks

{W0366309.1 }

from the date of this filing to submit a Stipulation of Dismissal, or other appropriate pleading to enforce settlement should such be necessary.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests this Honorable Court to allow the parties three weeks to file a Stipulation of Dismissal, allow three weeks to file a Motion to Enforce the Settlement should that be necessary, or else to dismiss the case without prejudice of the Plaintiff to reinstate this matter.

Respectfully Submitted,

/s/ Neal D. Moore, III
Neal D. Moore, III
*Attorney for Defendant,*
*Montgomery Lynch and Associates, Inc.*

OF COUNSEL:
FERGUSON, FROST & DODSON, LLP
1400 Urban Center Drive, Suite 200
Birmingham, Alabama  35242

## CERTIFICATE OF SERVICE

This is to certify that on this the 19th day of September, 2013, a copy of the foregoing document has been served upon counsel for all parties to this proceeding via electronic filing:

S. Scott Allums
S. SCOTT ALLUMS, P.C.
506 North 18th Street
Bessemer, Alabama  35020

/s/ Neal D. Moore, III
OF COUNSEL

{W0366309.1 }